IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02300-RTG

RODOLFO RUFINO RIVERA GUIDO,

     Petitioner,

v.

[NO RESPONDENT NAMED],

     Respondent.

---

## ORDER OF DISMISSAL

---

Petitioner is a detainee at an immigration detention facility in Aurora, Colorado. Petitioner initiated this action by submitting a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1). On May 26, 2026, Magistrate Judge Richard T. Gurley ordered Petitioner to cure certain deficiencies if he intends to pursue any claims in this action. In particular, Petitioner was directed to file an amended pleading using the District of Colorado form that is written in English. Petitioner also was directed either to pay the $5.00 filing fee for a habeas corpus action or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action along with a certificate showing the balance in his inmate account. Petitioner was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Petitioner has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gurley's May 26 order. Therefore, the action will be dismissed without prejudice for failure to prosecute and cure the

deficiencies. The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Petitioner files a notice of appeal he also must pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Petitioner failed to prosecute and cure the deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __8th__ day of ____July____, 2026.

BY THE COURT:

____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2