IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02300-LTB

RODOLFO RUFINO RIVERA GUIDO,

     Petitioner,

v.

[NO RESPONDENT NAMED],

     Respondent.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 8, 2026, it is hereby

     ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

     DATED at Denver, Colorado, this 8th   day of July, 2026.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk

               By: s/ S. Phillips,
                    Deputy Clerk